IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK A. MUNOZ | § | |
| VS. | § | CIVIL ACTION NO.  9:19-cv-229 |
| BOBBY LUMPKIN, ET AL. | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Mark A. Munoz, proceeding *pro se*, filed the above-styled lawsuit.  This lawsuit was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion  (doc. #55) asking that a default judgment be entered in this matter.  He states Defendants failed to timely respond to the lawsuit.

On August 13, 2021, the court entered an Order to Answer (doc. #32) directing Defendants to answer or otherwise plead to Plaintiff's claims.  The Defendants were allowed forty (40) days to respond to the Order and a copy of the Order was sent to the Office of the Attorney General, in accordance with the court's normal practice.  On September 22, 2021, a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (Doc. #39.) was filed by Defendants.

As the Order to Answer was entered on August 13, 2021, and as Defendants were given 40 days to respond, Defendants were required to respond by September 22, 2021.  Defendants responded to the lawsuit by filing a Motion to Dismiss on September 22.  As Defendants responded to the lawsuit within the time allowed by the court, they were not in default.

As Defendants were not in default, Plaintiff is not entitled to a default judgment.  His motion should therefore be denied.

<u>Recommendation</u>

Plaintiff's motion seeking a default judgment should be denied.

<u>Objections</u>

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file specific written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.   *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*.

**SIGNED this the 23rd day of July, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE