IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK. A. MUNOZ | § | |
| VS. | § | CIVIL ACTION NO. 9:19-cv-229 |
| BOBBY LUMPKIN, ET AL. | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Mark A. Munoz, proceeding *pro se*, filed the above styled civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Plaintiff has filed a Motion for a Preliminary Injunction and a Temporary Restraining Order. (Doc. #42.) At the time Plaintiff filed his Complaint, he was incarcerated at the Eastham Unit. By the time he filed his Motion, he had been transferred to the Coffield Unit. A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). Plaintiff's Motion should therefore be denied as moot.

### Recommendation

Plaintiff's Motion for a Preliminary Injunction and for a Temporary Restraining Order should be denied as moot.

### Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 23rd day of July, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE