IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK A. MUNOZ | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv229 |
| BOBBY LUMPKIN, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Mark A. Munoz, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. The motion for default judgment (doc. no. 55) is **DENIED**.

**SIGNED** this the **16** day of **August, 2022.**

Thad Heartfield
United States District Judge